JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION BLANK,<br>    Plaintiff,<br><br>        v.<br><br>JONATHAN BLANK, et al.,<br>    Defendants. | CV 21-09387 DSF (MAAx)<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

   Pursuant to 9 U.S.C. § 3, the case was stayed on July 5, 2022. The case should have been administratively closed. The clerk is now ordered to administratively close the case. The parties are ordered to file a joint status report no later than two weeks after completion of the arbitration. If the arbitration is not completed by December 4, 2024, the parties must file a joint status report on that date. At that time the Court will consider whether to dismiss the case rather than to continue the stay. Failure to file the required joint status report is likely to result in dismissal.

   IT IS SO ORDERED.

Date: June 14, 2023

Dale S. Fischer
United States District Judge